UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20599-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| WARREN ETHINGOR | ) |
| _____ | ) |

**ORDER**

Given that the government has not filed any memorandum concerning the career criminal/career offender issue, Mr. Warren's motions to withdraw his guilty plea [D.E. 71, 82] are GRANTED. The guilty plea is deemed withdrawn.

Trial is set for the two week period beginning on October 13, 2008. Calendar call will be held at 9:00 a.m. on September 30, 2008.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of September, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record